# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2664

_____

|  |  |  |
|---|---|---|
| Samuel Snowden, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Poulan/Weed Eater, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: February 2, 2007
Filed: February 5, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Samuel Snowden appeals the district court's[1] preservice dismissal of his employment-discrimination action. Having conducted de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we agree with the district court that dismissal was proper because Snowden untimely filed the prerequisite

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, then United States Magistrate Judge for the Western District of Arkansas, now United States Circuit Judge.

administrative charge of discrimination, and the circumstances he alleged did not warrant equitable tolling or estoppel.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____